# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0056. OSAGHAE v. OSAGHAE.

Appellant's motion for extension of time to file a discretionary application is hereby GRANTED. Appellant shall file the discretionary application no later than February 5, 2025. See Court of Appeals Rules 16 (c), 31 (h).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/30/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*